# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v. : <br> : Case No. 5:23-cr-53 (MTT) <br> **JOHNNY GRILLIOT,** : <br> : <br> **Defendant.** : <br> _____ : | |

## ORDER

The Order Setting Conditions of Release entered on November 27, 2023, (Doc. 11), is hereby **MODIFIED** to remove the drug testing and treatment requirements in Paragraphs 7(n) and 7(o). All other conditions of release, as set forth in the original order, shall remain in effect.

**SO ORDERED**, this 29th day of November, 2020.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge