# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-53 (MTT) |
| | ) |
| JOHNNY GRILLIOT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 29. The defendant was indicted on October 24, 2023, and had his arraignment in this Court on November 27, 2023. Docs. 1; 6. Two prior continuances have been granted. Docs. 23; 27. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow defense counsel additional time to complete defense investigations and meet with the defendant regarding next steps in the case. Doc. 29 at 1-2. The government does not oppose the motion. *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 29) is **GRANTED**. The case is continued from the April term until the Court's trial term presently scheduled for **July 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of March, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT